**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RICHARD ELLIS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  22-5245** |
| | : | |
| **SAVE PHILLY VINE STREET, LLC,** | : | |
| **ABC COMPANIES 1-10** | : | |

# ORDER

AND NOW, this 7th day of February 2024, upon considering defendant's motion to dismiss (DI 31), plaintiff's opposition (DI 35), defendant's reply (DI 39), the arguments made at our January 16, 2024 oral argument (DI 44), and the parties' supplemental briefing (DI 47, 48), and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that defendant's motion to dismiss is **GRANTED with prejudice** with respect to Count I, wrongful termination/wrongful discharge.

_____
MURPHY, J.